# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL SANCHEZ-SEQUERA,

   Petitioner,

         v.

CLAIR DOLL, *et al.*

   Respondents.

NO. 3:18-CV-0184

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 30th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Daniel Sanchez-Sequera is **GRANTED in part**.

(2) An Immigration Judge shall afford Petitioner an individualized bond hearing within **thirty (30) days** from the date of entry of this Order.

(3) At this hearing, the immigration judge shall make an individualized inquiry into whether detention remains necessary to fulfill the purposes of ensuring that the Petitioner attends removal proceedings and that his release will not pose a danger to the community.

(4) At this hearing, the government shall bear the burden of presenting clear and convincing evidence and proving that continued detention is necessary.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge